IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-04197-RTG

JEAN FRANK JOEL LOPEZ ROSAS

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

---

ORDER OF DISMISSAL

---

Petitioner Jean Frank Joel Lopez Rosas commenced this action with the filing of a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. ECF No. 1. On September 10, 2026, the Court ordered Petitioner to cure deficiencies in his filings within thirty days and notified him that failure to do so would result in the dismissal of this action without further notice. ECF No. 3.

More than thirty days have passed, and Petitioner has failed to comply with the Court's September 10, 2026 Order Directing Petitioner to Cure Deficiencies. Specifically, Petitioner has failed to file the Petition on the current-court approved form; provide a clear statement of the claim(s) he is asserting; or name a proper respondent. *See* ECF No. 3. Because Petitioner has failed to comply with this Order or otherwise communicate with the Court in any manner since September 8, 2026, the action will be dismissed without prejudice.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status

will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962).

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE based on Petitioner's failure to comply with a Court order and failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this 24th day of November, 2026.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court